UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-25711
ZBYGNIEW R. BORYSZEWSKI and  )
KIMBERLY A. BORYSZEWSKI  )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )  DuPage
Debtor(s)  )

## ORDER APPROVING MODIFICATION OF PLAN

THIS COURT having considered the Debtors' Motion to Modify Plan, due notice having been given to all creditors and parties of record, no objections having been filed, and the Court being fully advised on the premises,

IT IS HEREBY ORDERED:

1. That the current default is deferred.

2. That effective April 1, 2020, Debtors' Chapter 13 Plan payments are temporarily modified from $4,695.00 per month to $2,915.00 per month for six (6) months, through September 2020.

3. That the matter is set for further status on July 24, 2020 at 10:00 a.m.

Enter: *Janet S. Baer*

Dated: April 17, 2020

United States Bankruptcy Judge

**Prepared by:**

David Herzog
HERZOG & SCHWARTZ, P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
Phone: (312) 977-1700

Rev: 20121203_bko