UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-25711
ZBYGNIEW R. BORYSZEWSKI )
KIMBERLY A. BORYSZEWSKI )
) Chapter: 7
) Honorable Janet S. Baer
)
Debtor(s) )

## ORDER APPROVING MODIFICATION OF PLAN

THIS COURT having considered the Debtors' Motion to Modify Plan, due notice having been given to all creditors and parties of record, no objections having been filed, and the Court being fully advised In the premises,

IT IS HEREBY ORDERED THAT:

1. Effective November 1, 2020, the Debtors' chapter 13 plan payments are modified to $3,215.00 per month.

2. The plan base shall stay at the original confirmed base amount of $265,596.00.

3. Pursuant to the CARES Act, the plan may run longer than 60 months.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 06, 2020

**Prepared by:**

David Herzog
HERZOG & SCHWARTZ, P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
Phone: (312) 977-1700