**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE:<br>   Zbygniew R Boryszewski<br>   Kimberly A. Boryszewski<br><br>                      Debtors. | Case No.: 17-25711<br><br>Chapter: 13<br><br>Judge Janet S. Baer |

## NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 6/7/2019

     **PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order, entered 6/7/2019, (hereto attached). In accordance with said Order, attorneys, Codilis & Associates, P.C., mailed notification to all required parties of non-compliance on **4/19/2022**. The Debtor did not bring the post-petition mortgage payments current with U. S. Bank National Association as trustee for CMALT REMIC 2006-A7 - REMIC Pass-Through Certificates. Series 2006-A7 prior to the fourteen (14) days, effective date provided for.

     **THE AUTOMATIC STAY** has been terminated as to U. S. Bank National Association as trustee for CMALT REMIC 2006-A7 - REMIC Pass-Through Certificates. Series 2006-A7, its principals, agents, successors, and/or assigns as to the property commonly known as 423 Briar Place, Itasca, IL 60143, upon filing of this Notice.

     **NOTICE TO THE STANDING TRUSTEE:** No further payments are to be distributed to U. S. Bank National Association as trustee for CMALT REMIC 2006-A7 - REMIC Pass-Through Certificates. Series 2006-A7 on its Proof of Claim.

## PROOF OF SERVICE AND CERTIFICATION

I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on 5/12/22 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on 5/12/22.

> Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
> Zbygniew R Boryszewski, Kimberly A. Boryszewski, Debtors, 423 Briar Place, Itasca, IL 60143
> David R Herzog, Attorney for Debtors, 53 W Jackson Blvd, Ste 1442, Chicago, IL 60604 by electronic notice through ECF
> Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                                     /s/ Peter C. Bastianen
                                                                         Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-17-15015
NOTE: This law firm is a debt collector.